KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES   #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. CR 18-00158 HG |
| Plaintiff, | ) INFORMATION |
| vs. | ) [21 U.S.C. § 846] |
| ANDREW WAKUZAWA, | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

<u>Conspiracy to Distribute and Possess With Intent To Distribute MDMA</u>
(21 U.S.C. § 846)

From a precise date unknown to the United States Attorney, but by at least July 31, 2016 and continuing to on or about January 25, 2017, within the District of Hawaii and elsewhere, ANDREW WAKUZAWA, the defendant, did knowingly and intentionally conspire with others known and unknown to the United States to distribute and possess with intent to distribute a quantity of 3, 4-methylenedioxymethamphetamine, also known as MDMA, a Schedule I controlled

//
//
//
//
//
//
//
//
//
//
//
//

substance, in violation of title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

DATED: October 16, 2018, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division

GREGG PARIS YATES
Assistant United States Attorney

United States v. Andrew Wakuzawa
Information
Cr. No.