# MINUTES

CASE NUMBER: CR 18-00158HG

CASE NAME: USA vs. (1) Andrew Wakuzawa

ATTYS FOR PLA: Gregg Paris Yates

ATTYS FOR DEFT: 01 Salina Kanai Althof

Tony Barry (USPTS)

JUDGE: Kevin S. C. Chang          REPORTER: FTR C7

DATE: 10/30/2018          TIME: 10:35 - 11:02

COURT ACTION: EP: Initial Appearance, Waiver of Indictment and A & P of Guilty to the Information -

Defendant (1) Andrew Wakuzawa present, not in custody.

Defendant sworn, questioned by the Court.

Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.

Waiver of Indictment signatures verified and filed.

Memorandum of Plea Agreement signatures verified and filed.

Government stated the maximum penalties provided by law.

Defendant advised of his rights.

Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Government stated the essential elements of the crimes as charged.

Government summarized the evidence it would present if the case went to trial.

Plea of Guilty to Count 1 of the Information entered by the Defendant.
Court accepts the guilty plea, and the defendant is adjudged guilty.

R&R signed, with 14 days to object.
Pre-Sentence report ordered from USPO.

SENTENCING as to the Information set for 2/14/19 @ 2:15 p.m. before Judge Gillmor.

Counsel have reviewed the report prepared by USPTS and concur.

The Court taking judicial notice of the documents on file, the USPTS' report, and the comments of counsel, finds that there are conditions that can address the risks of non appearance and/or danger to the community.

The defendant be released on an unsecured bond in the amount of: **$25,000**.

- (6a) The defendant is placed in the Third Party Custodianship of: **Dean and Maureen Wakuzawa (parents)**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7c) Maintain or actively seek employment, as directed by Pretrial Services.

- (7g2) Do not apply for/obtain a passport.

- (7h3) Travel is restricted to: **the island of Oahu**.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

- (7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

- (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- (7z) You are required to clear all warrants by: **November 30, 2018, or as**

**directed by Pretrial Services.**

- (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

- Other Conditions: **You are prohibited from receiving any packages at the residence or any other location via the U.S. Postal Service, FedEx, UPS, or any other mail service unless in the presence of a third party custodian or an approved party by Pretrial Services.**

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.


Submitted by: Toni Fujinaga, Courtroom Manager.